Kentrell D. Welch. 1030777
Name and Inmate Booking Number

Ely state prison
Place of Confinement

P.O. BOX 1989 -
Mailing Address

White pine cnty, NV, 89301
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kentrell D. Welch. ,
                Plaintiff

vs.

(1) Charles daniels et al. ,

(2) _____ ,

(3) _____ ,

(4) _____ ,

(5) _____ ,
           Defendant(s).

Case No. 3:22-cv-00557-MMH-CCB
(To be supplied by Clerk of Court)

### CIVIL RIGHTS COMPLAINT
### BY AN INMATE

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint

☑ Jury Trial Demanded

### A.     JURISDICTION

1)     This Court has jurisdiction over this action pursuant to:
        ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
        ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
        ☐ Other: _____

2)     Institution/city where Plaintiff currently resides: Ely state prison

3)     Institution/city where violation(s) occurred: White Pine cnty. ESP.

Dated 6th day NOV 2023.

## B.   DEFENDANTS

1.   Name of first Defendant: _Charles daniels._ . The first Defendant is employed as: _Cheif DIR-of-Ndoc ops._ at _ESP_ .

(Position of Title)                                    (Institution)

2.   Name of second Defendant: _T.S.Locke·_ . The second Defendant is employed as: _assoc-Warden_ at _ESP_ .

(Position of Title)                                    (Institution)

3.   Name of third Defendant: _David Drummond_ . The third Defendant is employed as: _assoc.warden of ops._ at _ESP_ .

(Position of Title)                                    (Institution)

4.   Name of fourth Defendant: _william gittere_ . The fourth Defendant is employed as: _Cheif warden ndo ESP_ at _ESP_ .

(Position of Title)                                    (Institution)

5.   Name of fifth Defendant: _Steve Sisolake_ . The fifth Defendant is employed as: _ex Nv. Gov._ at _ESP·_ .

(Position of Title)                                    (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   NATURE OF THE CASE

Briefly state the background of your case.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2

## D.    CAUSE(S) OF ACTION

## CLAIM 1

1. State the constitutional or other federal civil right that was violated: _____

2. **Claim 1.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities        ☐ Medical care              ☐ Mail

☐ Disciplinary proceedings  ☐ Exercise of religion      ☐ Property

☐ Access to the court       ☐ Excessive force by officer ☐ Retaliation

☐ Threat to safety          ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: _____

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1) Plaintiff, being involuntarily exposed to sars-cov 2 virus at, CSP on 1-2-2022 unit 1B 3." Plaintiff is a highly vulnerable I/m with, (3x) Chronic conditions: Blood Infection, Heliocobactor, graves disease and R/4.

2) Plaintiff's neighbor Winston reed also unit 10 #2 contracted the sars-cov-2 between Jan-25-31-2022." Also an John Doe in cell, unit 10 #1 contracted sars-cov-2 Jan. 2022.

3) Plaintiff was removed from unit 1B #3 to unit 8-A quarantine. Nurse Mrs Miller refused to provide the same vitamins/supplements, to plaintiff, while all similar housed I/m's did receive such. Plaintiff, was forced to file Doc 1624 emer-grievis to obtain adequate care.

4) 2020-2022 officers: C. Rowley, J. Adams, D. Esquivel, feathorly, A. Warner, c/o Herring, sr/c/o Wheeler. Were individually at all, times grossly negligent in their duties.

All officers for yos Involuntarly exposed him to,
Sars-Cov-2, deliberately Refusing to adorn ordered;
PPE gear, N95 masks violating AR 443, 604, 621, 853.

5)
S. Sisolak, 4-10-2022 a private person was grossly,
negligent In personal capacity by Issuing a discontinuance,
of State Injunction to Esp for Sars-Cov-2 Safety measures.

a)
Sisolak abused his state authority despite threat,
Covid 14 was raging at Esp. Involuntarly exposing him;
to an Intolerable grave risk per 8th Amend3.

6)
Charles Daniels on 2-14-2022 was grossly negligent,
as Ndoc DIR by Issuing a memo Suspending Sars-Cov-2,
Safety measures for All his subordinates at Esp.

a)  daniels Involuntarily exposed plaintiff to,
the grave risk of serious harm per conditions of,
Confinement.

b)
daniels exhibited Callous Reckless to plaintiffs,
health by refusing the explicite authority under;
Cares act to plc elgible Individuals for early parole,
Home Confinements;

c)
As a result of daniels unreasonable recklessness,
many Incarcerated Individuals died af Esp")

(4)

In the face of a raging pandemic.

*7)*

The NV. dept. of. cor. state guidlines for clg; blz;
cures act united states Attorney general per, -
     (28 C.F.R. § 571.63; (28 C.F.R § 541.15) :

*(a)*

No Disc-writ In the last 12 months;

*b)*

a U.S. citizen, pattern of risk score is min,

*c)*

Mental Health lvl is M/H*7, less than others;

*d)*

Age p.i.r.D., percentage of time served, med-
care level, Issues to victims, gang activity, health-
concerns of residents.

*e)*

primary charges non-violent.

*f)*

primary charges not sex offense.

*g)*

primary charges not terrorism.

*h)*

No detainers

*I)*

M/H lvl less than IV.

*J)*

Served 50% of sentence structure.

                    *(5)*                              " )

11) verifiable plan for reentry that would, reduce his/her recidivism & maximize, public safety, which would lower the chances, of contracting Sars-Cov-2. Cares Act pub. L., no. 116-136 § 12003 (b) 2) 2020-2022.

7)

W.J. Hurt, D. Drummond, T.J. Cooke, W. Reubart, Apr. 2020 - Dec 2022 knew the severity of the clear; threat of the intolerable grave risks of Sars-Cov-2.

9)

D. Drummond via 2020-2022 exhibited gross -, negligence in his personal capacity by condoning or, implementing his subordinates to not wear: ppe-gear, N95 masks, sanitary measures. AR 443, 604, 621.

9)

Drummond involuntarily exposed plaintiff to, the intolerable grave risks of Sars-Cov-2.

10)

T.J. Cooke via 2020-2022 was grossly negligent in, her personal capacity to ensure safe confinement for, his health.

11)

A.w.p Cooke condoned, acquiesced to her subordinates, not wearing ppe gear, N95 masks. Involuntarily, exposing him to Sars-Cov-2 by failure to act.

(6)

11) Defts was grossly negligent to ensure safer conditions of confinement for plaintiff's health By:
a) understaffing, b) Inadequate med-care,
c) No plan for I/m's of high risk of Sars-cov-2,
d) Inadequate social distancing, e) failing to implement, sanitary measures

12)
Defts prison officials exhibited reckless disregard by keeping plaintiff on same unit with, highly systematic I/m's, leaving him as Medically, Vulnerable as a sitting duck.

13)
Defts did not issue plain cloth orange masks, until June 2020. Defts didn't issue adequate; N95 Masks until Dec 2021. While many staff and, officers wore N95 masks, while many did not.

14)
2022-2021-2020 Defts: Rowley, esquivel, feathnly, Herring, Warner, Wheeler deliberately; refused to adorn N95 masks, ppe gear while working, feeding on unit daily. Recklessly exposing him, to the Sars-cov-2.

15)
w, jittere, D. Drummond, T.S. Loolle via 2022-2021, In gross negligence violated the cruel and unusual, punishment clauses. By being deliberately Indiff, to plaintiff's health to Contact Sars-cov-2.

(7)

16) ESP officials callous conduct of gross negligence, for plaintiff's Institutional safety for Sars-cov-2, which was clearly established since 1993.

17)

plaintiff suffers daily: shortness of breath, fatigue, lack of strength in legs, hands, Bodily. While suffering, Three chronic condition comps which pose Imminent, long ranging health risks.

18)

A. Warner, Jan-Nov 2021 while working on unit 7B, 8A, 5A. Warner would pass mail & feed breakfaste, and dinner refusing to adorn N95 mask or ppe.

19)

SR officer Wheeler, Jan Nov 2021 working on unit, with A-Warner units 7b, 8A, 5b would tell plaintiff to shut the fuck up when I'd ask him to adorn a N95 mask or Instruct his subordinate worner to, put on a mask per facility mema.

20)

SR officer C. Rowley, Jan-Dec 2022-2021 while, working she escorted me on many legal visits, and when asked to adorn a N95 mask would, say no. If you dont want to escort refuse your, visits.

21)

SR officer Adams, 2021-2020 unit 4 a. Adams called, plaintiff an illiterate nigger, when asked to a,

18)

adorn N95 mask or ppe gear. his subordinate,
c/o _____ was witness. (28 U.S.C. § 1746.)

22.)

SR officer D. Esquivel, 2022-2020 unit 2B would,
routinely serv food, conduct unit activities w/o N95,
or ppe gear. often sitting his energy drink on food,
service carts. esquivel would often say shut the fuck up,
water etc.

23.

officer Herring, 2021-2020, Intentionally refused to,
adorn N95, ppe gear on units while feeding. Herring,
would tell plaintiff shut the fuck up; No i will not.

(a)

SR officer's wheeler, featherly would refuse to,
reprimand herring to adorn safety gear.

24)

custody suprv's: L.T Ridgney, sgt cox, L.T Donahue,
2021-2020, 2022 on units. Lt's & sgt's on unit serving,
food or doing unit transport/escorts would not adorn;
N95 or ppe gear, violation of Ndoc memo.

(a)

suprv's would ignore plaintiff when they were,
asked to adorn masks or instruct their officers;
to do so. there replies; do you want to eat etc.

24)

These state actors named Ridgney, cox, Rowley,
featherly, Herring, esquivel, wheeler,

(a)

holds an custom policy that plaintiff and or,
Inmates are always wrong, their officers, selves,
It always right.
2b.)
Custody suprv's often condone, perpetuate their,
friends, officers prohibited conduct which is the,
normal practice at Esp; over (3 yrs).
2c)
State actors: Esquivel, Rowley, Wheeler, Adams,
Warner, Herring violated plaintiff equal protection,
rts by their Individual discriminate acts.
(a)
   Defts treated him dissimilar from similar housed,
Individuals. Due to: R/A disability, class, Civil litigation,
grievance availment, ethicity violates his 14th Admced r.

### E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?    ☑ Yes    ☐ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?    ☐ Yes    ☑ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"    ☐ Yes    ☑ No

### F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: _Declaration 28 U·S·C§ 2201· 2202._

1) _Compensatory damages In amount $10,000 from each deff severally._
2) _Nominal damages of $10,000 Jointly._
3) _Punative damages of $25,000_
4) _Jury Trial on all Issues triable by Jury_
5) _Any additional relief this Court deems equitable_

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____            _(signature)_
(name of person who prepared or helped        (signature of plaintiff)
prepare this complaint if not the plaintiff)

_____
(date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

6

# AFFIRMATION PURSUANT TO NRS 239B.030

I, _Kentrel Welch_ , NDOC# _1030777_ ,

CERTIFY THAT I AM THE UNDERSIGNED INDIVIDUAL AND THAT THE

ATTACHED DOCUMENT ENTITLED _2nd Amended Complaint_

_____ ,

DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY

PERSONS, UNDER THE PAINS AND PENALTIES OF PERJURY.

DATED THIS ___6___ DAY OF ___Nov___, 20_23_.

SIGNATURE: _Kentrell D. Welch_

INMATE PRINTED NAME: _Kentrell D. Welch_

INMATE NDOC # _1030777_

INMATE ADDRESS: ELY STATE PRISON
       P. O. BOX 1989
       ELY, NV   89301